31 A.3d 1240

IN THE MATTER OF DAVID A. LEWIS, AN ATTORNEY AT LAW (ATTORNEY NO. 029491985).

December 15, 2011.

## ORDER

**DAVID A. LEWIS** of **MORRISTOWN**, who was admitted to the bar of this State in 1985, having pleaded guilty in the United States District Court for the District of New Jersey to knowingly and willfully subscribing to a false 2003 U.S. Individual Tax

Return, in violation of 26 *U.S.C.* § 7206(1), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1) **DAVID A. LEWIS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DAVID A. LEWIS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **DAVID A. LEWIS** comply with *Rule* 1:20–20 dealing with suspended attorneys.